## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

Trent M.,                                          File No. 20-cv-1738 (ECT/JFD)

      Plaintiff,

v.                                                 **ORDER ACCEPTING REPORT
                                                    AND RECOMMENDATION**

Kilolo Kijakazi, *Acting Commissioner of
Social Security*,

      Defendant.

---

Magistrate Judge John F. Docherty issued a Report and Recommendation on January 20, 2022. ECF No. 44. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 44] is **ACCEPTED**;

2. Plaintiff's Motion for Summary Judgment [ECF No. 27] is **DENIED**;

3. Defendant's Motion for Summary Judgment [ECF No. 36] is **GRANTED**; and

4. The decision of the Social Security Administration is **AFFIRMED**.

### LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 11, 2022          s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court